UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MATTHEW ALLEN MAIN,

        Defendant.

_____/     **INDICTMENT**

The Grand Jury charges:

### COUNT 1
**(Bank Robbery)**

On or about October 27, 2021, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

MATTHEW ALLEN MAIN

took approximately $3,623.00 by force, violence, and intimidation from the person or presence of another, belonging to and in the care, custody, control, management, and possession of JPMorgan Chase Bank, N.A., 141 East Michigan Avenue, Kalamazoo, Michigan, a financial institution whose deposits were then insured by the Federal Deposit Insurance Corporation.

**18 U.S.C. § 2113(a)**

## COUNT 2
### (Credit Union Robbery)

On or about October 29, 2021, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

MATTHEW ALLEN MAIN

took approximately $6,322.33 by force, violence, and intimidation from the person or presence of another, belonging to and in the care, custody, control, management, and possession of Community Promise Federal Credit Union, 1313 Portage Street, Kalamazoo, Michigan, a financial institution whose deposits were then insured by the National Credit Union Administration.

**18 U.S.C. § 2113(a)**

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
CLAY M. WEST
Assistant United States Attorney