UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

----------

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW ALLEN MAIN,<br><br>Defendant. | PETITION FOR WRIT OF HABEAS<br>CORPUS AD PROSEQUENDUM |

TO: HONORABLE PHILLIP J. GREEN
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF MICHIGAN

Now comes Clay M. West, Assistant United States Attorney for the Western District of Michigan, and attorney for the petitioner, and brings this Petition for Writ of Habeas Corpus Ad Prosequendum, and in support thereof respectfully states unto this Honorable Court as follows:

1. That on or about December 7, 2021, an Indictment was returned against defendant charging him with two counts of bank robbery in violation of 18 U.S.C. § 2113.

2. That the defendant is presently incarcerated at the Kalamazoo County Jail, and that he cannot be produced and appear before this Court for an initial appearance without an order of this Court.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum may issue out of the Court directed to the Sheriff, Kalamazoo County Jail, and to each and all of his assistants, to surrender the said defendant to the United States Marshal for the Western District of Michigan, or his deputies, or any federal agent for transportation to Grand Rapids,

Michigan, and further directing the United States Marshal for the Western District of Michigan, and his deputies, to have the said defendant before this Court at Grand Rapids, Michigan, and at such other times and dates as the Court may decree, on December 13, 2021, at 2:00 p.m. and after the conclusion of this case that said defendant be returned to the Sheriff, Kalamazoo County Jail.

ANDREW BYERLY BIRGE
United States Attorney

_____
CLAY M. WEST
Assistant United States Attorney

## ORDER

Let a Writ of Habeas Corpus Ad Prosequendum issue as prayed for in the foregoing petition, returnable December 13, 2021 for an Initial Appearance in U.S. District Court before the Honorable Sally J. Berens, in Grand Rapids, Michigan.

Dated: 12/7/2021

_____
HON. PHILLIP J. GREEN
United States Magistrate Judge