UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                               1:21-cr-208-HYJ

        Plaintiff,
   v.                                     **INDICTMENT**
                                              **PENALTY SHEET**

MATTHEW ALLEN MAIN,

        Defendant.
_____/

**COUNTS 1 AND 2 – Bank/Credit Union Robbery - 18 U.S.C. § 2113(a)**

**Maximum penalty:** Not more than 20 years' imprisonment and/or $250,000 fine [18 U.S.C § 3571]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583]
(Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution:** Mandatory [18:3663; 18:3663A]


Date:  December 7, 2021                                      /s/ Clay M. West
                                                                    Counsel for the United States


Submitted in accordance with Admin Order 17-MS-046