UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

      Plaintiff,                      No. 1:21-CR-208

v.                                Hon. Jane M. Beckering
                                        United States District Judge

MATTHEW ALLEN MAIN,

      Defendant.
_____/

**STIPULATION REGARDING COMPETENCY AND CRIMINAL
RESPONSIBILITY AT THE TIME OF THE OFFENSE**

On December 15, 2021, this Court ordered Defendant Matthew Allen Main to undergo two psychological evaluations: pursuant to 18 U.S.C. § 4241, for the purpose of determining competency to stand trial and to assist meaningfully in the defense of this case; and pursuant to 18 U.S.C. § 4242, to determine criminal responsibility at the time of the offense. (R.13, Order, PageID.27-28.)  Pursuant to that order, Dr. Jessica Micono prepared two forensic reports documenting the results of Mr. Main's psychological evaluations: the first (R.19, Evaluation on Competency, PageID.34-51) concluding that Main "is competent to proceed." (*Id.* at PageID.51); and the second (R.20: Evaluation on Mental Responsibility, PageID.52-72) concluding that Main "was sane at the time of the alleged offense." (*Id.* at PageID.72.) Both reports were filed with this Court on March 23, 2022.

The parties do not contest the reports and stipulate to the findings and

1

conclusions contained therein. The parties agree that it is appropriate for the Court to use the Evaluation on Competency to determine competency. The parties further agree that at a hearing on the outstanding motion to determine competency, no other evidence would be offered. Therefore, the parties submit that a competency hearing is not necessary.

                                                        Respectfully submitted,

                                                        ANDREW BYERLY BIRGE
                                                        United States Attorney

Dated:   March 28, 2022                  /s/ *Clay M. West*
                                                        CLAY M. WEST
                                                        Assistant United States Attorney
                                                        United States Attorney's Office
                                                        Grand Rapids, Michigan


                                                        SHARON TUREK
                                                        Federal Public Defender

Dated:   March 28, 2022                  */s/ Parker Douglas (with permission)*
                                                        THOMAS WILLIAM PARKER DOUGLAS
                                                        Assistant Federal Public Defender
                                                        50 Louis NW, Suite 300
                                                        Grand Rapids, Michigan 49503