UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

      Plaintiff,                        Case No. 1:21CR208-01

          v.                        Hon. Jane M. Beckering
                                        United States District Judge

MATTHEW ALLEN MAIN,

      Defendant.

_____/

## ORDER FOR WAGE ASSIGNMENT

In accordance with the stipulation of the parties (ECF No. 48):

It is hereby ORDERED that defendant's employer IB Corporation deduct the sum of $12.50 per pay period (paid bi-weekly), starting with the pay period during which this Order is received and continuing each and every succeeding pay period, until the balance is paid in full, from the wages of Matthew Allen Main and transmit such sum to:

Clerk, United States District Court
Western District of Michigan
399 Federal Building
110 Michigan NW
Grand Rapids, MI 49503
Payable to CLERK, UNITED STATES DISTRICT COURT

Such wage assignment is to remain in effect until the sum of $10,445.33 is satisfied, or Matthew Allen  Main terminates employment. IB Corporation will be notified by the United States Attorney's Office when the remaining balance is $100.00 so that no overpayment is created.

A copy of this order is to be served by the United States Attorney's Office upon IB Corporation at P.O. Box 69, Bay City, MI 48707.


Dated:   May 1, 2026                            /s/ Jane M. Beckering
                                          HONORABLE JANE M. BECKERING
                                          UNITED STATES DISTRICT JUDGE